UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE YESKE, et al., | ) | Case No. 2:15-cv-01513-GMN-NJK |
| Plaintiff(s), | ) | |
| vs. | ) | ORDER |
| ALEX BENDETOV, | ) | (Docket No. 14) |
| Defendant(s). | ) | |

Pending before the Court is Plaintiffs' proposed discovery plan. Docket No. 14. The discovery plan is hereby DENIED without prejudice. *See* Local Rule 26-1(d) (discovery plans must be submitted jointly). The parties are ORDERED to meet and confer, in compliance with the Court's Local Rules, with regard to the proposed discovery plan. The parties must, no later than November 13, 2015, either file a proper joint discovery plan or show cause in writing why they failed to timely file one.

IT IS SO ORDERED.

DATED: October 27, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge