# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE YESKE, et al., ) Case No. 2:15-cv-01513-GMN-NJK
    Plaintiff(s), )
vs. ) ORDER
ALEX BENDETOV, ) (Docket Nos. 16, 17)
    Defendant(s). )

  Pending before the Court are two proposed discovery plans. Docket Nos. 16, 17. The first is what purports to be a joint proposed discovery plan. Docket No. 16. It bears the signatures of both parties. Docket No. 16 at 7. The second is a proposed discovery plan Defendant filed unilaterally, in which Defendant alleges Plaintiff submitted the joint proposed discovery plan in breach of their agreement regarding various discovery dates. Docket No. 17 at 1.

  Local Rule 26-1(d) requires discovery plans to be submitted jointly. *See* Local Rule 26-1(d). The discovery plans presently before the Court do not comply with Local Rule 26-1(d). Accordingly, both are hereby DENIED without prejudice. The parties are ORDERED to meet and confer, in compliance with the Court's Local Rules, with regard to the proposed discovery plan. The parties must, no later than December 2, 2015, either file a proper joint discovery plan or show cause in writing why they failed to timely file one.

  IT IS SO ORDERED.

  DATED: November 16, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge