UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GEORGE YESKE, et al.,

        Plaintiffs,

vs.

ALEX BENDETOV,

        Defendant.

Case No. 2:15-cv-01513-GMN-NJK

ORDER STRIKING FILED DOCUMENT

(Docket No. 24)

        Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court.  No such order has been entered by the Court in this case.  On January 6, 2016, Plaintiffs filed an expert disclosure statement.  Docket No. 24.  Because that document was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

        The Court hereby **ORDERS** the parties and counsel to cease filing discovery documents on the docket in compliance with Local Rule 26-8.  Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

        IT IS SO ORDERED.

        DATED: January 7, 2016.

                                    NANCY J. KOPPE
                                    United States Magistrate Judge